UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

SEP 12 2024

NATHAN OCHSNER
CLERK OF COURT

**SEALED**
PUBLIC AND UNOFFICIAL STAFF ACCESS TO THIS INFORMATION ARE PROHIBITED BY COURT ORDER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § § | **CRIMINAL NO.** B-24-493 |
| **ARTURO ALEMAN** § § | |

## SEALED CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Between on or about January 1, 2020, and on or about March 31, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**ARTURO ALEMAN,**

did knowingly and intentionally conspire and agree, with other persons known and unknown, to possess with intent to distribute a controlled substance. This violation involved more than five (5) kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____
K. ALEJANDRA ANDRADE
Assistant United States Attorney

_____
LANCE WATT
Assistant United States Attorney